IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ARJUN DHAKAL,

    Plaintiff,

v.

JEFF B. SESSIONS, in his official capacity
as Attorney General of the United States;
JAMES MCCAMENT, in his official capacity
as Deputy Director of the United States
Citizenship and Immigration Services;
KENNETH S. MADSEN, in his official capacity
as Director of the Chicago Asylum Office,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 17-cv-10-jdp

This action came before the court for consideration with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants Jeff B. Sessions, James McCament, and Kenneth S. Madsen against plaintiff Arjun Dhakal dismissing this case without prejudice for lack of subject matter jurisdiction.

s/ K. Frederickson, Deputy Clerk
Peter Oppeneer, Clerk of Court

September 22, 2017
Date