UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ARJUN DHAKAL,

    Plaintiff,

    vs.

JEFF B. SESSIONS, as Attorney General of the United States, ELAINE DUKE, as Acting Director of the United States Department of Homeland Security, JAMES McCAMENT, as Acting Director of the United States Citizenship and Immigration Services, and KENNETH S. MADSEN, as Director of the Chicago Asylum Office,

    Defendants,

Case No.    2017-cv-00010-JDP

## NOTICE OF APPEAL

Notice is hereby given by Plaintiff Arjun Dhakal (Dhakal) in the above-named case that Dhakal hereby appeals to the United States Court of Appeals for the Seventh Circuit from the Final Judgment in this action entered in this action on September 22, 2017.

Respectfully submitted this 18th day of November, 2017.

    Law Office of Godfrey Y. Muwonge
    Attorneys for Plaintiff

    By:   *Godfrey Y. Muwonge*
    GODFREY Y. MUWONGE SB# 1027615

    710 N. Plankinton Ave., Suite 801
    Milwaukee, WI 53203
    P:    (414) 395-3230
    F:    (414) 323-4789
    C:    (414) 688-0170
    E:    gymscribe@yahoo.com